FILED
2014 Sep-10  PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **STAR DISCOUNT PHARMACY, INC., et al.,** ) | |
| ) | |
| Plaintiffs, ) | Civil Action Number |
| ) | **5:11-cv-02206-AKK** |
| v. ) | |
| ) | |
| **MEDIMPACT HEALTHCARE SYSTEMS, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with its memorandum opinion, doc. 153, the court **GRANTS** the defendants' motion for summary judgment **IN PART**. The plaintiffs' RICO, antitrust, and unjust enrichment claims are **DISMISSED WITH PREJUDICE**. The plaintiffs' remaining negligence, wantonness, and intentional interference with a business relationship claims are **REMANDED** to the Circuit Court of Madison County, Alabama.

**DONE** this 10th day of September, 2014.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE